IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY MILLER and                                                    PLAINTIFFS
PHYLLIS MILLER

v.                         CASE NO. 4:17-CV-00101 BSM

EXEL INC., dba
DHL SUPPLY CHAIN (USA), et al.                                        DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 9th day of January 2019.

_____
UNITED STATES DISTRICT JUDGE